

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 8, 2026

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:**    *United States v. Tameka Babulal et al.*, 25 Cr. 310 (CS)

Dear Judge Seibel:

As directed by the Court (Dkt. 70), the Government writes to provide additional information in support of its motion for the authorization of alternative victim notification procedures (Dkt. 69).

Through evidence recovered from the Babulal residence during the search in May 2024, the Government has identified approximately 300 individuals and entities who are believed to be victims of the defendants' crimes. That number includes sender and recipient names found on open or unopened mail, checks, credit cards, and other items found at the residence. Recently, the Government provided notice by mail of the defendants' guilty pleas and sentencing dates to each of these victims to the extent possible. For about a third of these victims, however, individualized notice is not possible because the recovered items do not contain any contact information for the individual or entity whose name appears on them. The procedure proposed by the Government would allow for notice to be made to those victims in a way that is reasonably practicable.

The Government believes those approximately 300 victims represent only a small portion of the Babulals' victims. The Mount Vernon Postmaster has told us that between January 2022 and May 2024, Tameka Babulal was assigned at various times to 43 of the 44 postal routes in the City of Mount Vernon. Those routes serviced approximately 28,054 of Mount Vernon's 28,862 addresses, with each address potentially associated with multiple residents, businesses, or mail recipients. The Government has no practical way to determine which of these individuals or entities may have had their mail stolen by Ms. Babulal. The only way to reach these unknown potential victims is through a procedure like the one proposed by the Government.

Accordingly, and for the reasons stated in the Government's motion, the Government respectfully submits that allowing victim notification by notice on the U.S. Attorney's Office website would be appropriate and increase the likelihood that victims receive the requisite notice.

As directed by the Court, we solicited the defendants' position on the Government's motion, and defense counsel have advised that both defendants object.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Reyhan Watson
John Sarlitto
James McMahon
Assistant United States Attorneys
(914) 993-1900

cc:    Benjamin Gold, Esq. (By ECF and Email)
       Howard Tanner, Esq. (By ECF and Email)

2